UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 09-1841 DSF (AJWx) | Date | 4/9/09 |
|---|---|---|---|
| Title | Rhonda Hendricks v. Union Pacific Railroad, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction

On April 3, 2009, the Court issued an Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction where the Court ordered Plaintiff to set forth its citizenship rather than residence for purposes of diversity. The Court also ordered Plaintiff to apply Indus. Tectonics, Inc. v. Aero Alloy, 912 F.2d 1090, 1094 (9th Cir. 1990), to determine Defendant's principal place of business.

On April 8, 2009, Plaintiff filed its Response to Order to Show Cause where it set forth its citizenship.[1] Plaintiff, however, has again failed to apply Indus. Tectonics. Plaintiff has until April 24, 2009 to comply with the Court's April 3, 2009 Order or request additional time to engage in jurisdictional discovery. Failure to comply will result in this action being dismissed without prejudice.

IT IS SO ORDERED.

---

[1] Plaintiff sets forth its citizenship in its Proposed Second Amended Complaint. The Court denies Plaintiff's request to file a Second Amended Complaint. Instead, the Court construes the Proposed Second Amended Complaint as part of Plaintiff's Response to Order to Show Cause.